| Attorney or Party without Attorney:<br>David C. Scheper (SBN 120174)<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071<br>   Telephone No: (213) 615-1700<br>   Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT
for the Central District of California

Plaintiff: BANC OF CALIFORNIA, N.A.
Defendant: PLANET HOME LENDING, LLC; et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:22-cv-02015-KES |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Plaintiff's Notice Of Interested Parties And Corporate Disclosure Statement (L.R. 7.1-1; F.R.C.P. 7.1;); Notice to Counsel; Statement Of Consent To Proceed Before A United States Magistrate Judge (For Use In Direct Assignment Of Civil Cases To Magistrate Judges Program Only)

3. a. Party served:     SPROUT MORTGAGE, LLC
   b. Person served:    Christie McCullough, UNIVERSAL REGISTERED AGENTS, INC., Agent for Service of Process
                        Served under F.R.C.P. Rule 4.

4. Address where the party was served:    2020 Hurley Way, Suite 350, Sacramento, CA 95825

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Nov 22 2022 (2) at: 03:40 PM

6. **Person Who Served Papers:**
   a. Jacobbi Williams (1314, Alameda County)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee for Service was:* $414.60

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

11/23/2022
(Date)                                              (Signature)



PROOF OF SERVICE

7995645
(5156233)