| | |
|---|---|
| 1 | David C. Scheper (SBN: 120174) |
| 2 | DScheper@winston.com |
| 3 | Gregory A. Ellis (SBN: 204478) |
|   | GAEllis@winston.com |
| 4 | **WINSTON & STRAWN LLP** |
| 5 | 333 S. Grand Avenue |
|   | Los Angeles, California 90071-1543 |
| 6 | Telephone:  (213) 615-1700 |
| 7 | Facsimile:   (213) 615-1750 |
| 8 | Attorneys for Plaintiff |
|   | BANC OF CALIFORNIA, N.A. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANC OF CALIFORNIA, N.A., | **Case No. 8:22-cv-02015-DOC-ADS** |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| PLANET HOME LENDING, LLC, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that Plaintiff Banc of California N.A. ("Plaintiff") hereby voluntarily dismisses the above-captioned action in its entirety without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not answered Plaintiff's Complaint or filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: February 2, 2023

WINSTON & STRAWN LLP

By: */s/ Gregory A. Ellis*
    Gregory A. Ellis (SBN: 204478)
    gaellis@winston.com
    David C. Scheper (SBN: 120174)
    DScheper@winston.com
    333 S. Grand Avenue
    Los Angeles, California 90071-1543
    Telephone:   (213) 615-1700
    Facsimile:    (213) 615-1750

Attorneys for Plaintiff
BANC OF CALIFORNIA, N.A.